UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN JORDAN,

                Plaintiff,                      **SCHEDULING ORDER**

  -against-

RYDER TRUCK RENTAL and CHRISTOPHER      17-CV-6109 (VEC)(JLC)
CALLEWOG

                Defendants.
-----------------------------------------------------------------X

       Pursuant to this Court's Initial Conference Order dated August 16, 2017, Plaintiff John Jordan ("Plaintiff" or "Jordan") and Defendant Ryder Truck Rental, ("Ryder") and Christopher Callewog ("Callewog") (collectively, "Defendants"), file this Proposed Scheduling Order. The individuals identified below participated in the meeting required by Fed. R. Civ. P. 26(f) via telephone and subsequently prepared the report.

    1.     Appearances are as follows:

              John Grill, Esq.
              Attorneys for Plaintiff
              229 Nimham Road
              Carmel, NY 10512
              (917) 601-5507

              Robert J. Pfuhler, Esq.
              CONNORS & CONNORS, P.C.
              Attorneys for Defendants
              766 Castleton Avenue
              Staten Island, NY 10310
              (718) 442-1700

    2.     This cause of action arises from a two vehicle accident which occurred on September 6, 2016 at approximately 7:20 p.m. on the New York Side of the George Washington Bridge. According to the Police Accident Report, the plaintiff was stopped in traffic when he was struck from behind by the Ryder vehicle.

       As a result of the incident, the plaintiff claims, among other things, injury to the neck, back and left shoulder.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/17

3. a) The parties may move to amend the pleadings or join other parties by: <u>the parties do not anticipate joining any other parties</u>;

   b) Document requests and initial interrogatories to be served by: <u>October 6, 2017</u>;

   c) The plaintiff and defendant Callewog to be deposed by: <u>November 6, 2017</u>;

   d) All non-expert discovery to be completed by: <u>January 6, 2018</u>;

   e) Expert reports to be exchanged by: <u>February 6, 2018</u>;

   f) Experts depositions to be completed by: <u>March 20, 2018</u>;

   g) Pre-trial motions to be filed by: <u>May 20, 2018</u>.

4. The parties do not anticipate any protective orders.

5. To date, there are no discovery issues.

6. The parties anticipate medical experts in the fields of orthopedics, neurology and radiology.

7. The parties anticipate the trial will take 2-3 days. A jury has been requested by the defendant.

8. The parties believe that a settlement would be most beneficial following the completion of the plaintiff's deposition and physical examination. The parties are amenable to conferencing this case with the Court. [handwritten: The Court will issue a separate order scheduling a settlement conference for January 2018.]

9. All discovery (including requests for admission and any applications to the Court with respect to the conduct of discovery) must be initiated in time to be concluded by the deadline for all discovery. Any contention that a party has not responded properly to a discovery request must be brought to the Court's attention immediately and in accordance with the Court's individual practices. Any application for an extension of the time limitations herein must be made as soon as the cause for the extension becomes known to the party making the application.

The application also must state the position of all other parties on the proposed extension and must show good cause therefore not foreseeable as of the date of this order. "Good cause" as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied. Failure to comply with the terms of this Order may also result in sanctions.

SO ORDERED.

Dated: SEPTEMBER 6, 2017
NEW YORK, NEW YORK

JAMES L. COTT
United States Magistrate Judge